The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-135TSZ |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| FANG WANG, YONGGUANG WU, YUNZHONG CHEN, YAOAN HE, AND STEVEN THOMPSON, | |
| Defendant. | |

Having read the Government's Stipulation For Entry Of Protective Order, and Motion to Seal and because of sensitive information contained therein,

It is hereby ORDERED that Government's Stipulation For Entry Of Protective Order, shall be allowed to remain under seal due to the sensitive information contained.

DATED this 2nd day of June, 2017.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER TO SEAL
CR17-135TSZ- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970