UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

YUNZHONG CHEN,

        Defendant.

CR17-135 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to seal, docket no. 89, is GRANTED. Plaintiff's opposition to defendant Yunzhong Chen's motion to review order of detention, docket no. 90, shall remain sealed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of June, 2017.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1