The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FANG WANG,<br>ZHAOFENG ZHANG,<br>YUNZHONG CHEN,<br>STEVEN THOMPSON,<br>YONGGUANG WU, and<br>YAOAN HE,<br><br>Defendants. | NO. CR17-135 TSZ<br><br>ORDER SEALING |

Based upon the motion of the United States, docket no. 177, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the Government's Motion to Unseal for Limited Purpose, docket no. 178, shall be sealed and shall remain sealed.

IT IS SO ORDERED.

DATED this 22nd day of October, 2017.

*[signature]*

Thomas S. Zilly
United States District Judge

Presented by:

*s/ Siddharth Velamoor*
SIDDHARTH VELAMOOR
REBECCA COHEN
Assistant United States Attorneys

ORDER TO SEAL - 1
*United States v. Wang, et al. /* CR17-135TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970