UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YONGGUANG WU and STEVEN THOMPSON,<br><br>Defendants. | 2:17-cr-00135-TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The Government's motion, docket no. 241, to seal defendant Wu's Sentencing Memorandum is GRANTED.  Defendant Wu's motion, docket no. 245, to seal his Sentencing Memorandum is GRANTED.

(2)  The Government's motion, docket no. 247, to seal defendant Thompson's Sentencing Memorandum is GRANTED.  Defendant Thompson's motion, docket no. 250, to seal his Sentencing Memorandum is GRANTED.

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1