UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YUNZHONG CHEN,

    Defendant.

CR17-135 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's Motion to Seal, docket no. 309, is GRANTED. The parties Joint Motion to Redact Transcripts, docket no. 310, shall remain sealed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of September, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1