The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-135 TSZ |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO REDACT |
| YUNZHONG CHEN, | |
| Defendant. | |

The parties' joint motion for redaction, docket no. 310, is GRANTED as follows:

(1) The unredacted versions of the transcripts listed below shall remain SEALED:

Transcript of Yongguang Wu Sentencing Hearing, docket no. 300
Transcript of Fang Wang Sentencing Hearing, docket no. 301
Transcript of Steven Thompson Sentencing Hearing, docket no. 302
Transcript of Zhaofeng Zhang Sentencing Hearing, docket no. 303
Transcript Yaoan He Sentencing Hearing, docket no. 305

(2) Redacted versions shall be filed on or after the dates set for release of any restriction on such transcripts. The following redactions shall be made to such transcripts:

*U.S. v. Chen – CR17-135 TSZ*
ORDER GRANTING
JOINT MOTION TO REDACT TRANSCRIPTS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Docket Number/ Sentencing Hearing | Page/Line of Proposed Redaction |
|---|---|
| Docket No. 300 (Transcript of Yongguang Wu Sentencing Hearing (1/18/18)) | Page 4, line 12 through Page 5, line 2 |
| Docket No. 300 (Transcript of Yongguang Wu Sentencing Hearing (1/18/18)) | Page 8, lines 15 through 23 |
| Docket No. 300 (Transcript of Yongguang Wu Sentencing Hearing (1/18/18)) | Page 10, lines 18 through 22 |
| Docket No. 300 (Transcript of Yongguang Wu Sentencing Hearing (1/18/18)) | Page 11, lines 2 through 6 |
| Docket No. 300 (Transcript of Yongguang Wu Sentencing Hearing (1/18/18)) | Page 14, lines 17 through 23 |
| Docket No. 300 (Transcript of Yongguang Wu Sentencing Hearing (1/18/18)) | Page 15, line 7 |

*U.S. v. Chen – CR17-135 TSZ*
ORDER GRANTING
JOINT MOTION TO REDACT TRANSCRIPTS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Docket Number/ Sentencing Hearing | Page/Line of Proposed Redaction |
|---|---|
| Docket No. 302 (Transcript of Steven Thompson Sentencing Hearing (1/18/18)) | Page 3, line 22 through page 4, line 1 |
| Docket No. 302 (Transcript of Steven Thompson Sentencing Hearing (1/18/18)) | Page 4, lines 10 through 19 |
| Docket No. 302 (Transcript of Steven Thompson Sentencing Hearing (1/18/18)) | Page 11, lines 4 through 11 |
| Docket No. 302 (Transcript of Steven Thompson Sentencing Hearing (1/18/18)) | Page 13, line 7 |
| Docket No. 302 (Transcript of Steven Thompson Sentencing Hearing (1/18/18)) | Page 13, lines 8 through 11 |
| Docket No. 302 (Transcript of Steven Thompson Sentencing Hearing (1/18/18)) | Page 15, lines 21 through Page 16, line 1 |

*U.S. v. Chen – CR17-135 TSZ*  
ORDER GRANTING  
JOINT MOTION TO REDACT TRANSCRIPTS - 3

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| Docket Number/ Sentencing Hearing | Page/Line of Proposed Redaction |
|---|---|
| Docket No. 302 (Transcript of Steven Thompson Sentencing Hearing (1/18/18)) | Page 16, lines 10 through 21 |
| Docket No. 302 (Transcript of Steven Thompson Sentencing Hearing (1/18/18)) | Page 25, lines 11 through 15 |
| Docket No. 301 (Transcript of Fang Wang Sentencing Hearing (1/18/18)) | Page 10, line 21 |
| Docket No. 301 (Transcript of Fang Wang Sentencing Hearing (1/18/18)) | Page 11, line 7 |
| Docket No. 305 (Transcript of Yaoan He Sentencing Hearing (1/25/18)) | Page 4, lines 14-16 |
| Docket No. 305 (Transcript of Yaoan He Sentencing Hearing (1/25/18)) | Page 5, lines 1-2; 4-6 |
| Docket No. 305 (Transcript of Yaoan He Sentencing Hearing (1/25/18)) | Page 5, lines 11-12 |

*U.S. v. Chen – CR17-135 TSZ*
ORDER GRANTING
JOINT MOTION TO REDACT TRANSCRIPTS - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| **Docket Number/ Sentencing Hearing** | **Page/Line of Proposed Redaction** |
|---|---|
| Docket No. 303 (Transcript of Zhaofeng Zhang Sentencing Hearing (2/1/18)) | Page 7, line 24 through Page 8, line 2 |
| Docket No. 303 (Transcript of Zhaofeng Zhang Sentencing Hearing (2/1/18)) | Page 12, lines 14-15 |
| Docket No. 303 (Transcript of Zhaofeng Zhang Sentencing Hearing (2/1/18)) | Page 28, lines 20-21 |

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Court Reporters Nickoline Drury and Debbie Zurn.

DATED this 13th day of September, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

*U.S. v. Chen – CR17-135 TSZ*
ORDER GRANTING
JOINT MOTION TO REDACT TRANSCRIPTS - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  *s/ Jonathan S. Solovy*
2  Jonathan S. Solovy, WSBA #16622
   Law Office of Jonathan S. Solovy, PLLC
3  Attorney for Robert Ryan Powell
   705 Second Avenue, Suite 1300
4  Seattle, WA  98104-1741
5  Telephone:  (206) 388-1090
   Facsimile:  (206) 623-2186
6  E-mail:  solovylaw@earthlink.net

*U.S. v. Chen – CR17-135 TSZ*  
ORDER GRANTING  
JOINT MOTION TO REDACT TRANSCRIPTS - 6

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970