THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YUNZHONG CHEN,<br><br>    Defendant. | No: CR17-135 TSZ-4<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO RETURN PASSPORT |

THIS MATTER having come before the Court on defendant Yunzhong Chen's Unopposed Motion to Return Passport, and the Court having considered the defendant's motion along with the records in this case finds that there is good cause for granting the relief requested. The defendant's Unopposed Motion to Return Passport (Dkt. 334) is GRANTED.

///

///

///

///

///

*Proposed Order Granting Motion to Return Passport - 1*

**Law Office of Jonathan S. Solovy, PLLC**
600 1st Avenue, Suite 102
Seattle, WA 98104-2287
(206) 388-1090
solovylaw@earthlink.net

It is hereby ORDERED that the Clerk of the Court is directed to release on demand the defendant's passport at the Clerk's Office to either the defendant, Yunzhong Chen, or his counsel, Jonathan Solovy.

DATED this 12th day of July, 2024.

_____
Thomas S. Zilly
United States District Court Judge

Presented by:

LAW OFFICE OF JONATHAN S. SOLOVY, PLLC

*s/ Jonathan S. Solovy*
_____
Jonathan S. Solovy
WSBA#16622

600 1st Avenue, Suite 102
Seattle, WA 98104-2287
(206) 388-1090
solovylaw@earthlink.net

Attorney for Defendant Yunzhong Chen

*Proposed Order Granting Motion to Return Passport - 2*

**Law Office of Jonathan S. Solovy, PLLC**
600 1st Avenue, Suite 102
Seattle, WA 98104-2287
(206) 388-1090
solovylaw@earthlink.net